**86–642.** State v. Beuke. *Hamilton County,* No. C–830829. Reported at 68 Ohio St.3d 1453, 626 N.E.2d 957. On motion for rehearing. Rehearing denied.

**86–1976.** State v. Bedford. *Hamilton County,* No. C–840850. Reported at 68 Ohio St.3d 1453, 626 N.E.2d 957. On motion for rehearing. Rehearing denied.

**92–1199.** MCI Telecommunications Corp. v. Limbach. Board of Tax Appeals, No. 88–G–1137. Reported at 68 Ohio St.3d 195, 625 N.E.2d 597. On motions for rehearing. Motions denied.
MOYER, C.J., DOUGLAS and F.E. SWEENEY, JJ., dissent.

**93–735.** Wright v. Bloom. *Summit County,* No. 15665. Reported at 68 Ohio St.3d 1404, 623 N.E.2d 562. On motion for rehearing and on motion for leave to file instanter. Motions granted and cause restored to the docket.
A.W. SWEENEY, WRIGHT and RESNICK, JJ., dissent.

**93–809.** Lowry v. Drennen. *Franklin County,* No. 92AP–1173. Reported at 67 Ohio St.3d 1411, 615 N.E.2d 1045. On motion for rehearing. Rehearing denied.
PFEIFER, J., dissents.

**93–2006.** In re Foreclosure for Delinquent Land Taxes. *Lucas County,* No. L–92–395. Reported at 68 Ohio St.3d 1420, 624 N.E.2d 194. On motion for rehearing. Rehearing denied.

**93–2065.** State v. Evans. *Hamilton County,* Nos. C–910443 and C–910515. Reported at 68 Ohio St.3d 1433, 625 N.E.2d 622. On motion for rehearing. Rehearing denied.

**93–2068.** Kelchner Environmental, Inc. v. Praetorian Holding Co., Ltd. *Lucas County,* No. L–93–190. Reported at 68 Ohio St.3d 1420, 624 N.E.2d 195. On motion for rehearing. Rehearing denied.
RESNICK, J., not participating.

**93–2103.** Farrell v. Stewart. *Franklin County,* No. 92AP–1756. Reported at 68 Ohio St.3d 1430, 624 N.E.2d 1067. On motion for rehearing. Rehearing denied.

**93–2199.** Robinson v. Gerber. *Cuyahoga County,* No. 64027. Reported at 68 Ohio St.3d 1440, 626 N.E.2d 123. On motion for rehearing. Rehearing denied.

**93–2275.** In re Mansfield Gen. Hosp. *Franklin County,* No. 93AP–330. Reported at 68 Ohio St.3d 1445, 626 N.E.2d 687. On motion for rehearing. Rehearing granted and motion to certify allowed.
A.W. SWEENEY, WRIGHT and RESNICK, JJ., dissent.

**93–2599.** U.S. Fire Ins. Co. v. Caroline. *Mahoning County,* No. 92CA00166. Reported at 68 Ohio St.3d 1449, 626 N.E.2d 690. On motion for rehearing. Rehearing denied.
WRIGHT, J., dissents.

### *Thursday, March 10, 1994*
## MOTION DOCKET

**93–1102.** Cramer v. Petrie. *Hancock County,* No. 5–92–47. This cause is pending before the court on the certification of conflict by the Court of Appeals for Hancock County. Upon consideration of the motion of *amicus curiae,* state of Ohio and Ohio Department of Human Services, for leave to participate in oral argument,

IT IS ORDERED by the court that the motion to participate in oral argument be, and the same is hereby, granted, provided the *amicus curiae* shares time allotted to appellees.